

300002442

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 28 2022

CLERK, U.S. DISTRICT COURT
By_____
Deputy

**IN THE Northern District of Texas**
1100 Commerce St
Dallas, Texas. 75242
Chief Judge David Charles GODBEY

**Plaintiff:**

John Michael of the VOUDOURIS Family

**v.**

**Defendant:**

**THE UNITED STATES OF AMERICA**

On and for the behalf of the United States

John Michael
80 County Road 508
Goldthwaite, TX. 76844  (512) 777-1017

**3-22 M C 0 0 9 7 - C**

Miscellaneous Case #

**REFUSAL FOR CAUSE**

Dear clerk;

Please file this Refusal for Cause in a miscellaneous case file. This is demand for lawful money pursuant to Title 12 USC §411. A $49 USPS money order is enclosed instrument #28329378568 .

The citations in the 3176C Letter herein Refused for Cause do not affect my right of redemption. The citations do not apply to Title 12 USC §411 and its applications for redeeming lawful money and subsequently redeeming the mind.

The obligations of John Michael have been fulfilled - ***They shall be redeemed in lawful money on demand at the Treasury of the United States...***

Please note that the 1040 Return claimed a general redemption for the entire year while only showing demands from October 1, 2020. This "mistake" on my part is being corrected with the 1040x Form by only claiming refund for the withholdings on the two insurance checks that clearly have demand for lawful money redemption. Additionally this

correction, made timely negates any motivation for the Frivolous Penalty 3176 Letter attached, and refused for cause timely.

Because of the confusion, this corrected return is being served directly on the US Treasury and Janet Louise YELLEN as the US Governor for the International Monetary Fund so that she can make the proper adjustments to the national debt and keep honorable bookkeeping.

It is presumed that *Chief Judge* David Charles GODBEY has a deviant oath of office. A good faith attempt, a request by FOIAOnline is underway. Evidence is inserted.

John Michael



ESTER MENDOZA
Notary Public
STATE OF TEXAS
ID# 12922351-6
My Comm. Exp. Dec. 4, 2024

# IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS



# Notary Public Commission

## TO ALL TO WHOM THESE PRESENTS SHALL COME—GREETINGS:

**Whereas**               **ESTER  MENDOZA**

has been appointed by the Secretary of State of Texas a Notary Public in the State of Texas. Now, therefore, the above named person is hereby commissioned a Notary Public for the State of Texas under the laws of the State of Texas with all the rights, privileges and emoluments appertaining to said office.

TERM OF OFFICE: 12/04/2020 – 12/04/2024

NOTARY ID# 12922351–6



_____

GREG ABBOTT, GOVERNOR OF TEXAS

_____

Ruth R. Hughs
Secretary of State

## NOTARY PUBLIC OATH OF OFFICE

State of Texas
County of Mills

I, Ester Mendoza, do solemnly swear (or affirm), that I will faithfully execute the duties of the office of notary public of the State of Texas, and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and this state, so help me God.

x Ester Mendoza

Sworn to and subscribed before me on this ____ day of _____, 20__


PAULA JASSO
Notary Public
STATE OF TEXAS
ID#12961675-3
My Comm. Exp. Nov. 5, 2021

_____
Notary Public Signature

# Process of Service

Served by Registered Mail to the USDC (Dallas) for publication:

Registered Mail # RE611163425US
Return Receipt # 9590940270931251432692

Janet Louise YELLEN
US Governor of the IMF
1500 Pennsylvania Ave NW
Washington, DC 20220

Registered Mail # RE611163434US
Return Receipt # 9590940270931251432708

A courtesy copy of the PACER pdf is being mailed to:

Department of the Treasury
Internal Revenue Service
Frivolous Return Program - Stop 4450
Ogden, Utah. 84201- 0059

Registered Mail # RE611163448US
Return Receipt # 9590940270931251432715



**Department of the Treasury**
**Internal Revenue Service**
Stop 6525 (SP CIS)
Kansas City MO 64999-0025

**IRS**

| Notice | CP15 |
|---|---|
| Tax Year | 2020 |
| Notice date | October 31, 2022 |
| Social Security number | |
| To contact us | 800-829-8374 |
| Your Caller ID | |
| Page 1 of 2 | 18H |

120492.270833.14775.20144 1 AB 0.491 536

JOHN M

120492

# Notice of Penalty Charge

666

You have been charged a penalty under Section 6702(a) of the Internal Revenue Code for Civil Penalty for Frivolous Tax Returns.

## TAX STATEMENT

| | |
|---|---|
| Prior Balance | $0.00 |
| Penalty Assessment | $10,000.00 |
| Interest | $0.00 |
| Bad Check Penalty | $0.00 |
| **Balance Due** | **$10,000.00** |

Continued on back...

**IRS**

| | JOHN M |
|---|---|

| Notice | CP15 |
|---|---|
| Notice date | October 31, 2022 |
| Social Security number | |

**Payment**

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number [        ] the tax year (2020), and the form number (CVL PEN) on your payment and any correspondence.

**Amount due by November 21, 2022**        $10,000.00

INTERNAL REVENUE SERVICE
KANSAS CITY, MO 64999-0150



| Notice | CP15 |
| --- | --- |
| Tax Year | 2020 |
| Notice date | October 31, 2022 |
| Social Security number | |
| Page 2 of 2 | 18H |

We charged you a penalty under IRC section 6702(a) for filing a frivolous tax return. The penalty applies when a person files what purports to be a return but—

A.

   1. fails to include information on which the substantial correctness of the self-assessment

   2. includes information that on its face indicates that the self-assessment is substantially i

B.

   1. the penalty applies when the underlying conduct in relation to filing such return is based on a position that the Internal Revenue Service has identified as frivolous (see Notice 2007-30) or

   2. the underlying conduct reflects a desire to delay or impede the administration of Federal tax laws.

The penalty is $5,000 for each person who files a frivolous tax return.

If you wish to contest the assertion of this penalty, you must fully pay the entire penalty and file a claim for refund with the IRS within three years from the time a return associated with the penalty was filed or two years from the date the penalty was paid, whichever period expires later.

If your refund claim is pending for six months or more and the IRS has not issued a notice of claim disallowance with regard to the claim, you may file suit in the United States District Court or United States Court of Federal Claims to contest the assertion of the penalty at any time. Once the IRS issues a notice of claim disallowance, however, you must file suit in the United States District Court or The United States Court of Federal Claims within two years of the date the IRS mails a notice of disallowance to you denying the refund claim.

For tax forms, instructions and information visit www.irs.gov. Access to this site will not provide you with any taxpayer account information.



Form **1040-X**

(Rev. July 2021)

Department of the Treasury—Internal Revenue Service

**Amended U.S. Individual Income Tax Return**

▶ Use this revision to amend 2019 or later tax returns.
▶ Go to *www.irs.gov/Form1040X* for instructions and the latest information.

OMB No. 1545-0074

| This return is for calendar year (enter year) | or fiscal year (enter month and year ended) |
| --- | --- |

| Your first name and middle initial | Last name | Your social security number |
| --- | --- | --- |
| John M | ▓ | ▓ |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| --- | --- | --- |
| | | |

Current home address (number and street). If you have a P.O. box, see instructions.  |  Apt. no.  |  Your phone number

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below. See instructions.

| Foreign country name | Foreign province/state/county | Foreign postal code |
| --- | --- | --- |

**Amended return filing status.** You **must** check one box even if you are not changing your filing status. **Caution:** In general, you can't change your filing status from married filing jointly to married filing separately after the return due date.

☐ Single   ☐ Married filing jointly   ☑ Married filing separately (MFS)   ☐ Head of household (HOH)   ☐ Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Enter on lines 1 through 23, columns A through C, the amounts for the return year entered above.<br>Use Part III on page 2 to explain any changes. | | **A. Original amount** reported or as previously adjusted (see instructions) | **B. Net change—** amount of increase or (decrease)— explain in Part III | **C. Correct amount** |
| --- | --- | --- | --- | --- |
| **Income and Deductions** | | | | |
| 1 | Adjusted gross income. If a net operating loss (NOL) carryback is included, check here . . . . . . . . . . . . . ▶ ☐   **1** | 200,211.83 | 0 | 200,211.83 |
| 2 | Itemized deductions or standard deduction . . . . . . . . .   **2** | | | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . .   **3** | | | |
| 4a | Reserved for future use . . . . . . . . . . . . . .   **4a** | | | |
| b | Qualified business income deduction . . . . . . . . . .   **4b** | | | |
| 5 | Taxable income. Subtract line 4b from line 3. If the result is zero or less, enter -0- . . . . . . . . . . . . . . . . . . .   **5** | 200,211.83 | [104,899.43] | 95,312.40 |
| **Tax Liability** | | | | |
| 6 | Tax. Enter method(s) used to figure tax (see instructions):<br>_____   **6** | 0 | 16,954.48 | 16,954.48 |
| 7 | Nonrefundable credits. If a general business credit carryback is included, check here . . . . . . . . . . . . . . ▶ ☐   **7** | | | |
| 8 | Subtract line 7 from line 6. If the result is zero or less, enter -0- . . . .   **8** | | | |
| 9 | Reserved for future use . . . . . . . . . . . . . .   **9** | | | |
| 10 | Other taxes . . . . . . . . . . . . . . . . .   **10** | | | |
| 11 | Total tax. Add lines 8 and 10 . . . . . . . . . . . . .   **11** | 0 | 16,954.48 | 16,954.48 |
| **Payments** | | | | |
| 12 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld. **(If changing, see instructions.)** . . . . . . . . . .   **12** | 32,062.45 | 0 | 32,062.45 |
| 13 | Estimated tax payments, including amount applied from prior year's return   **13** | | | |
| 14 | Earned income credit (EIC) . . . . . . . . . . . . .   **14** | | | |
| 15 | Refundable credits from: ☐ Schedule 8812  Form(s) ☐ 2439  ☐ 4136<br>☐ 8863  ☐ 8885  ☐ 8962 or ☐ other (specify): _____   **15** | | | |

| 16 | Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed . . . . . . . . . . . . . . . . . . . . . . . . | **16** | |
| --- | --- | --- | --- |
| 17 | Total payments. Add lines 12 through 15, column C, and line 16 . . . . . . . . . . . . . . . | **17** | 32,062.45 |

**Refund or Amount You Owe**

| 18 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS . . . . . | **18** | |
| --- | --- | --- | --- |
| 19 | Subtract line 18 from line 17. (If less than zero, see instructions.) . . . . . . . . . . . | **19** | |
| 20 | **Amount you owe.** If line 11, column C, is more than line 19, enter the difference . . . . . . . | **20** | |
| 21 | If line 11, column C, is less than line 19, enter the difference. This is the amount **overpaid** on this return *Demand made for lawful money per 12 USC 411* | **21** | [15,107.97] |
| 22 | Amount of line 21 you want **refunded to you** *Demand made for lawful money per 12 USC 411* | **22** | 15,107.97 |
| 23 | Amount of line 21 you want applied to your (enter year): _____ estimated tax | **23** | |

Complete and sign this form on page 2.

For Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 11360L   Form **1040-X** (Rev. 7-2021)

Form 1040-X (Rev. 7-2021)

Page **2**

| Part I | Dependents | |
|---|---|---|

| | A. Original number of dependents reported or as previously adjusted | B. Net change — amount of increase or (decrease) | C. Correct number |
|---|---|---|---|

Complete this part to change any information relating to your dependents.
This would include a change in the number of dependents.
Enter the information for the return year entered at the top of page 1.

| | | | A. Original number of dependents reported or as previously adjusted | B. Net change — amount of increase or (decrease) | C. Correct number |
|---|---|---|---|---|---|
| 24 | Reserved for future use . . . . . . . . . . . . . . . . . | **24** | | | |
| 25 | Your dependent children who lived with you . . . . . . . . . | **25** | | | |
| 26 | Your dependent children who didn't live with you due to divorce or separation . . . . . . . . . . . . . . . . . . . . | **26** | | | |
| 27 | Other dependents . . . . . . . . . . . . . . . . . | **27** | | | |
| 28 | Reserved for future use . . . . . . . . . . . . . . . | **28** | | | |
| 29 | Reserved for future use . . . . . . . . . . . . . . . | **29** | | | |
| 30 | List **ALL** dependents (children and others) claimed on this amended return. | | | | |

**Dependents** (see instructions):

| | | | | **(d) ✓** if qualifies for (see instructions): | |
|---|---|---|---|---|---|
| If more than four dependents, see instructions and check here ▶ ☐ | **(a) First name** Last name | **(b) Social security number** | **(c) Relationship to you** | Child tax credit | Credit for other dependents |
| | | | | ☐ | ☐ |
| | | | | ☐ | ☐ |
| | | | | ☐ | ☐ |
| | | | | ☐ | ☐ |

| Part II | Presidential Election Campaign Fund (for the return year entered at the top of page 1) | |
|---|---|---|

Checking below won't increase your tax or reduce your refund.

☐ Check here if you didn't previously want $3 to go to the fund, but now do.

☐ Check here if this is a joint return and your spouse did not previously want $3 to go to the fund, but now does.

| Part III | Explanation of Changes. In the space provided below, tell us why you are filing Form 1040-X. | |
|---|---|---|

▶ Attach any supporting documents and new or changed forms and schedules.

A demand was clearly made for Lawful Money in accord with Title 12 U.S.C. §411 on two checks associated with a life insurance policy payout.

**Remember to keep a copy of this form for your records.**

Under penalties of perjury, I declare that I have filed an original return, and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

**Sign Here**

| ▶ _Your signature_ | 11/14/2022 Date | _Your occupation_ |
|---|---|---|
| ▶ Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation |

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Firm's name ▶ | | | Firm's EIN ▶ | |
| | Firm's address ▶ | | | Phone no. | |

For forms and publications, visit *www.irs.gov/Forms.*

Form **1040-X** (Rev. 7-2021)

Scan QR code to go to TurboTax and import your
W-2 information and file your return. Or by typing
this into your browser:
https://turbotax.intuit.com/affiliate/ultipaper



**Form W-2 Wage & Tax Statement 2020**
Copy B - To Be Filed With Employee's FEDERAL Tax Return.

This information is being furnished to the Internal Revenue Service.

Department of the Treasury - Internal Revenue Service

OMB No. 1545-0008

| a Employee's social security number | 1 Wages, tips, other compensation 95312.40 | 2 Federal income tax withheld 11082.56 |
|---|---|---|
| c Employer's name, address, and ZIP code | 3 Social security wages 101268.91 | 4 Social security tax withheld 6278.67 |
| | 5 Medicare wages and tips 101268.91 | 6 Medicare tax withheld 1468.40 |
| | 7 Social security tips 0.00 | 8 Allocated tips 0.00 |
| b Employer identification number (EIN) | 9 | 10 Dependent care benefits 0.00 |
| e Employee's name, address, and ZIP code<br>John M | 11 Nonqualified plans 0.00 | 13 Statutory employee ☐  Retirement plan ☑  Third-party sick pay ☐ |
| | 12 See instructions for box 12<br>D 5956.51<br>DD 1678.32 | 14 Other PRETAX                781.28 |

| 15 State | Employer's state ID No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |



PAYER'S name, street address, city or town, state or province, country, and ZIP or foreign postal code

FIDELITY INVESTMENTS LIFE INSURANCE CO
ANNUITY SERVICE CENTER
P.O. BOX 28010
ALBUQUERQUE, NM 87125-8010

RECIPIENT'S Name, street address, city or town, state or province, country, and ZIP or foreign postal code

JOHN M

| 1 Gross distribution | | 2a Taxable amount | | OMB No. 1545-0119 |
|---|---|---|---|---|
| $ 87,280.04 | | $ 58,680.04 | | **2020** |
| 2b Taxable amount not determined | | Total distribution | X | Form 1099-R: Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. This information is being furnished to the Internal Revenue Service. |
| 3 Capital gain (included in box 2a) | | 4 Federal income tax withheld | | |
| $ 0.00 | | $ 11,736.01 | | |
| 5 Employee contributions/ Designated Roth contrib. or insurance premiums | | 6 Net unrealized appreciation in employer's securities | | |
| $ 0.00 | | $ 0.00 | | |
| 7 Distribution code(s) | IRA/ SEP/ SIMPLE | 8 Other | | **COPY B** Report this income on your federal tax return. If this Form shows federal income tax withheld in box 4, attach this copy to your return |
| 4D | | $ 0.00 | % | |
| 9a Your percentage of total distribution | | 9b Total employee contributions | | |
| | 4 % | | $ 0.00 | |
| 14 State tax withheld | | 15 State/Payer's state no. | | 16 State distribution |
| | $ 0.00 | TX | | |
| 17 Local tax withheld | | 18 Name of locality | | 19 Local distribution |

Customer service phone number   800-634-9361
PAYER'S TIN          RECIPIENT'S TIN          Account number

FORM 1099-R
AIT_CEBKK3MMBBBKPHJ_BBBBB 20210111

www.irs.gov/form1099r          Department of the Treasury - Internal Revenue Service
6560

S   034260 FICX3S01 034260

FIDELITY INVESTMENTS LIFE INSURANCE CO
ANNUITY SERVICE CENTER
P.O. BOX 28010
ALBUQUERQUE, NM 87125-8010

RECIPIENT'S Name, street address, city or town, state or province, country, and ZIP or foreign postal code

JOHN M

| | | |
|---|---|---|
| **1 Gross distribution** $74,519.39 | **2a Taxable amount** $46,219.39 | **OMB No. 1545-0119** **2020** **Form 1099-R** Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. This information is being furnished to the Internal Revenue Service. |
| **2b** Taxable amount not determined ☐ | **Total distribution** ☒ | |
| **3** Capital gain (included in box 2a) $0.00 | **4 Federal income tax withheld** $9,243.88 | |
| **5** Employee contributions/ Designated Roth contrib. or insurance premiums $0.00 | **6** Net unrealized appreciation in employer's securities $0.00 | |
| **7 Distribution code(s)** 4D | IRA/ SEP/ SIMPLE | **8** Other $0.00 % | **COPY B** Report this income on your federal tax return. If this Form shows federal income tax withheld in box 4, attach this copy to your return |
| **9a Your percentage of total distribution** 4 % | **9b** Total employee contributions $0.00 | |
| **14 State tax withheld** $0.00 | **15 State/Payer's state no.** TX | **16 State distribution** |
| **17 Local tax withheld** | **18 Name of locality** | **19 Local distribution** |

CORRECTED ☐

Customer service phone number    800-634-9361
**PAYER'S TIN**        **RECIPIENT'S TIN**    Account number

FORM 1099-R

AIT _CEBKKGMMBBBKPHK_BBBBB 20210111

www.irs.gov/form1099r    Department of the Treasury - Internal Revenue Service
6550

034261 FICXS501 034261

E

S

JPMORGAN CHASE & CO.

| Post date: | 10/01/2020 | | Account: | |
| Amount: | $ 75544.03 | | Check Number: | 819254 |

PAY EXACTLY  Seventy five thousand five hundred forty four and 03/100 Dollars

Fidelity Investments Life Insurance Company
100 CROSBY PKWY, MZ KC1G
COVINGTON, KY 41015

CHECK NO. 0819254
DATE 09/28/20

NET AMOUNT
$75,544.03

TO THE
ORDER
OF

William J. King Jr.

The Bank of New York Mellon
Everett, MA 02149

**DEMAND IS MADE FOR
LAWFUL MONEY IN ACCORD
WITH TITLE 12 U.S.C.§411;**

John Mell

©2016 J P Morgan Chase & Co.

3

JPMORGAN CHASE & CO.

| | | | | |
|---|---|---|---|---|
| Post date: | 10/01/2020 | | Account: | ▮▮▮▮▮▮ |
| Amount: | $ 65275.51 | | Check Number: | 819260 |

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

Fidelity Investments Life Insurance Company
100 CROSBY PKWY, NZ KC6O
COVINGTON, KY 41015

CHECK NO. 0819260
DATE 09/29/20

PAY EXACTLY   Sixty five thousand two hundred seventy five and 51/00 Dollars

NET AMOUNT
$65,275.51

TO THE
ORDER
OF   JOHN MICHAEL ▮▮▮▮▮▮

Willie J. Jump

The Bank of New York Mellon
Everett, MA 02149

DEMAND IS MADE FOR
LAWFUL MONEY IN ACCORD
WITH TITLE 12 U.S.C.§411;   John Michael

©2016 J P Morgan Chase & Co.

# ACCOUNT AGREEMENT

**Account Number:** ███████

**Account Owner(s) Name & Address**
JOHN MICHAEL ██████

Agreement Date: __02/10/2021__ By: __LORRAINE_____
☐ **EXISTING Account** - This agreement replaces previous agreement(s).
☐ This is a Temporary account agreement.
**Account Description:** EASY CHECKING

☐ Checking ☐ Savings ☐ NOW ☐ _____
Initial Deposit $██████ Source: _____

**Ownership of Account - CONSUMER Purpose**

☒ The types of accounts provided by Texas law have been disclosed on the separate Single-Party or Multiple-Party Account Selection Form Notice (Selection Form Notice), on which the undersigned have initialed to designate the ownership type selected. The undersigned acknowledge(s) receipt of a copy of the completed Selection Form Notice.

☐ _____

**Ownership of Account - BUSINESS Purpose**

☐ Sole Proprietorship ☐ Single-Member LLC ☐ Partnership
☐ LLC *(LLC tax classification:* ☐ *C Corp* ☐ *S Corp* ☐ *Partnership)*
☐ C Corporation ☐ S Corporation ☐ Non-Profit
☐ _____

**Business:**

**Additional Information:**

**Signature(s).** The undersigned certifies the accuracy of the information he/she has provided and acknowledges receipt of a completed copy of this form. The undersigned authorizes the financial institution to verify credit and employment history and/or have a credit reporting agency prepare a credit report on the undersigned, as individuals. The undersigned also acknowledge the receipt of a copy and agree to the terms of the following agreement(s) and/or disclosure(s):

☒ Terms & Conditions ☒ Truth in Savings ☒ Funds Availability
☒ Electronic Fund Transfers ☒ Privacy ☒ Substitute Checks
☒ Common Features ☐ _____

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

(1): x ___DEMAND IS MADE FOR LAWFUL MONEY IN ACCORD WITH TITLE 12 U.S.C. §411___ [signature]
JO___
I.D. # ███████ D.O.B. ███████

(2): x _____
I.D. # _____ D.O.B. _____

(3): x _____
I.D. # _____ D.O.B. _____

(4): x _____
I.D. # _____ D.O.B. _____

☐ The person(s) named below are Convenience Signers only (not owners)

x _____
I.D. # _____ Other _____

x _____
I.D. # _____ Other _____

**Backup Withholding Certifications** *(Non-"U.S. Persons" - Use separate Form W-8)*

☒ By signing at right, I, __JOHN MICHAEL _____ certify under penalties of perjury that the statements made in this section are true.

☒ **TIN:** ██████ shown is my correct taxpayer identification number. The Taxpayer Identification Number (TIN)

☒ **Not Subject to Backup Withholding.** I am NOT subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ **Exempt Recipient.** I am an exempt recipient under the Internal Revenue Service Regulations. Exempt payee code (if any) _____

**FATCA Code.** The FATCA code entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**U.S. Person.** I am a U.S. citizen or other U.S. person (as defined in the instructions).

Signature Card-TX
Bankers Systems™ VMP®
Wolters Kluwer Financial Services ©2016

Account Opened on 02/10/2021 by LORRAINE MCFARLAND

**12 USC 411: Issuance to reserve banks; nature of obligation; redemption**
Text contains those laws in effect on May 11, 2021

**From Title 12-BANKS AND BANKING**
    CHAPTER 3-FEDERAL RESERVE SYSTEM
    SUBCHAPTER XII-FEDERAL RESERVE NOTES
**Jump To:**
    Source Credit
    Miscellaneous
    References In Text
    Codification
    Amendments
    Change of Name

## §411. Issuance to reserve banks; nature of obligation; redemption

Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.

(Dec. 23, 1913, ch. 6, §16 (par.), 38 Stat. 265 ; Jan. 30, 1934, ch. 6, §2(b)(1), 48 Stat. 337 ; Aug. 23, 1935, ch. 614, title II, §203(a), 49 Stat. 704 .)

### EDITORIAL NOTES

### REFERENCES IN TEXT

Phrase "hereinafter set forth" is from section 16 of the Federal Reserve Act, act Dec. 23, 1913. Reference probably means as set forth in sections 17 et seq. of the Federal Reserve Act. For classification of these sections to the Code, see Tables.

### CODIFICATION

Section is comprised of first par. of section 16 of act Dec. 23, 1913. Pars. 2 to 5, 6 (formerly 7), 7 to 10 (formerly 8 to 11, respectively), 12 (formerly 13), 13 (formerly 14), and 14 to 16 (formerly 15, 16, and 18, respectively) of section 16 of act Dec. 23, 1913, are classified to sections 412 to 415, 416, 418 to 421, 360, 248–1, and 467, respectively, of this title.

Former pars. 6 and 17 of section 16 of act Dec. 23, 1913, formerly classified to sections 415 and 467, respectively, of this title, were repealed by Pub. L. 90–269, §§5, 7, Mar. 18, 1968, 82 Stat. 50 .

Par. 11 (formerly 12) of section 16 of act Dec. 23, 1913, formerly classified to section 422 of this title, was superseded by act June 26, 1934, ch. 756, §1(a), (b)(3), 48 Stat. 1225 .

### AMENDMENTS

**1934**-Act Jan. 30, 1934, struck out from last sentence provision permitting redemption in gold.

### STATUTORY NOTES AND RELATED SUBSIDIARIES

### CHANGE OF NAME

Section 203(a) of act Aug. 23, 1935, changed name of Federal Reserve Board to Board of Governors of the Federal Reserve System.
normal



**U.S. Department of Justice**

Executive Office for United States Attorneys

---

Freedom of Information and Privacy Staff

Suite 5.400, 3CON Building
175N Street, NE
Washington, DC 20530

(202) 252-6020

January 10, 2022

VIA E-mail

John



Re: Request Number   EOUSA-2022-000807
Date of Receipt:       December 16, 2021
Subject of Request:    Judicial Oath of Office

Dear John

    The Executive Office for United States Attorneys has received your Freedom of Information Act request and assigned the above number to the request. In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1. ☐ Your request seeks records which may be available from the clerk of the court. You should contact the clerk of the court directly to seek possible release of the records.

2. ☐ It appears that the records you seek are likely to be maintained by state or local authorities. For your information, the federal Freedom of Information Act applies only to records maintained by federal agencies that are subject to the FOIA. Records that are maintained by state or local authorities are subject only to any records access laws that might be applicable to those states and localities. Accordingly, if you have not already done so, I suggest that you make a request for such records to the proper state or local authority in accordance with the appropriate state or local records access law.

3. ☐ The Freedom of Information Act only applies to records already in existence and does not require an agency to conduct research, create new records, or answer questions presented as FOIA requests.

4. ☒ EOUSA does not maintain records such as those that you described. It appears that the records you seek are likely judicial records. For your information, the federal Freedom of Information Act applies only to records maintained by federal agencies that are subject to the

FOIA. Courts have held that the judicial branch is exempt from the FOIA. <u>United States v. Casas</u>, 376 F.3d 20, 22 (1st Cir. 2004).

This is the final action on this above-numbered request. If you are not satisfied with my response to your request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530 or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's
website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

You may contact our FOIA Public Liaison at the Executive Office for United States Attorneys (EOUSA) for any further assistance and to discuss any aspect of your request. The contact information for EOUSA is 175 N Street, NE, Suite 5.400, Washington, DC 20530; telephone at 202-252-6020. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Kevin Krebs
Assistant Director

## OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, .Victor. J. .Wolski.................................., do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as .Judge, .U.S. .Ct. .of .Fed. .Claims. under the Constitution and laws of the United States: and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.

So HELP ME GOD.

Subscribed and sworn to (or affirmed) before me this .July. 24, ................ day of ...2003. ............ ...........

**FOIA EXEMPTION** b6

Actual abode

Official station* .Washington, .DC..

Date of birth .11/14/62...........

Date of entry on duty .7/24/03......

*Title 28, sec. 456 United States Code, as amended

---

It is noted that this oath has been altered - "So help me God." is deviant - "SO HELP ME GOD."

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, Timothy M. Burgess ........................................................., do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge ...... under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So Help Me God.

........................................................
Timothy M. Burgess

Subscribed and sworn to (or affirmed) before me this ..23rd........................ day
of ...January............................. 19 .2006.

FOIA EXEMPTION b6

Actual abode ███████████

Official station* ...Anchorage................

Date of birth ...8/11/56......................

Date of entry on duty ...1/23/06.............

........................................................
John W. Sedwick
United States District Judge

*Title 28, sec. 456 United States Code, as amended.

## OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

(TMB)

I, Timothy M. Burgess, ......................................................, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge ....... under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.

So Help Me God.

Redacted Signature
Timothy M. Burgess

Subscribed and sworn to (or affirmed) before me this ..23rd.. day of January ................ 19 2006

Redacted Signature

**A EXEMPTION** b6

John A. Sedwick
United States District Judge

**Actual abode** _____

**Official station** Anchorage

**Date of birth** Redacted

**Date of entry on duty** 1/23/06

*Title 28, sec. 456 United States Code, as amended.

Notice how the clerk or BURGESS has redacted his signature from this oath before publication on PACER.

 An official website of the United States government
Here's how you know

 UNITED STATES DEPARTMENT *of* JUSTICE

 FOIA.gov

MENU

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 491661

# Success!

## Your FOIA request has been created and is being sent to the Civil Division.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

**Contact the agency**

FOIA Requester Service Center

202-514-2319

Stephanie Logan, FOIA Public Liaison

202-514-2319

Stephanie Logan, Freedom of Information/Privacy Act Office, Room 8314
1100 L Street, NW
Washington, DC 20035

11/16/22, 11:42 AM
Case 3:22-mc-00097-C    Document 1    Filed 11/28/22    Page 22 of 27    PageID 22
FOIA.gov - Freedom of Information Act: Create a request

# Request summary

Request submitted on **November 16, 2022**.

The confirmation ID for your request is **491661**.

▼

The confirmation ID is only for identifying your request on
FOIA.gov and acts as a receipt to show that you submitted a
request using FOIA.gov. This number does not replace the
information you'll receive from the agency to track your
request. In case there is an issue submitting your request to
the agency you selected, you can use this number to help.

## Contact information

**Name**
John Michae ████████████

**Mailing address**
███████████████████████
███████████████████████
███████████████████████

**Phone number**
████████████

**Email**
████████████████████

## Your request

I would like to obtain the Oath of Office taken by Chief District
Judge David Charles Godbey; 1100 Commerce Street, Room
1504, Dallas, Texas 75242-1003. Thanks in advance.

## Fees

**What type of requester are you?**

other

**Fee waiver**

no

**The amount of money you're willing to pay in fees, if any**

5

---

# Request expedited processing

**Expedited processing**

no



FOIA.gov

## CONTACT

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

Hero image credit, CC3.0

| DEVELOPER RESOURCES, FOIA API & FOIA CONTACT LIST

| ACCESSIBILITY

| PRIVACY POLICY

| POLICIES & DISCLAIMERS

| JUSTICE.GOV

| USA.GOV



John Michael

## Registered Mail Form

Registered No.

**Date Stamp**

**OFFICIAL USE**

John Michael

FROM

US District Clerk - Northern
1100 Commerce St
Dallas, Texas. 75242

TO

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com

RE 611 163 425 US

REGISTERED MAIL

US District Clerk - Northern
1100 Commerce St
Dallas, Texas. 75242

## Domestic Return Receipt

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US District Clerk - Northern
1100 Commerce St
Dallas, Texas. 75242

9590 9402 7093 1251 4326 92

2. Article Number (Transfer from service label)

RE 611 163 425 US

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Date Stamp

Registered No.

OFFICIAL USE

John Michael

FROM
John Michael

TO
Janet Louise YELLEN
US Governor of the IMF
1500 Pennsylvania Ave NW
WAShington, DC. 20220

PS Form 3806, Registered Mail Receipt
April 2015. PSN 7530-02-000-9051

Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

To be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

To be Completed By Post Office

Postage $
Extra Services & Fees
  Handling Charge $
  Postmark Here
  Return Receipt $
  Restricted Delivery $
  Received by $
Customer Must Declare Full Value $
With Postal Insurance or without Postal Insurance (See Reverse)

Domestic Insurance up to $50,000 is included based on the declared value. International Indemnity is limited. (See Reverse).

Extra Services & Fees
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery
Total Postage & Fees
Received by



REGISTERED MAIL™

RE 611 163 434 US

John Michael

Janet Louise YELLEN
US Governor of the IMF
1500 Pennsylvania Ave NW
Washington, DC. 20220

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Janet Louise YELLEN
US Governor of the IMF
1500 Pennsylvania Ave NW
Washington, DC 20220

9590 9402 7093 1251 4327 08

2. Article Number (Transfer from service label)

RE 611 163 434 US

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                              ☐ Agent
                               ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

John Michael

REGISTERED MAIL™

RE 611 163 448 US

Department of the Treasury
Internal Revenue Service
Frivolous Return Program - Stop 4450
Ogden, Utah. 84201-0059

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Department of the Treasury
Internal Revenue Service
Frivolous Return Program- Stop 4450
Ogden, Utah. 84201-0059

9590 9402 7093 1251 4327 15

2. Article Number (Transfer from service label)

RE 611 163 448 US

PS Form 3811, July 2020 PSN 7530-02-000-9053         Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Registered No.

Date Stamp

Postage $

Extra Services & Fees
☐ Registered Mail $
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Restricted Delivery $
Customer Must Declare
Full Value $

To Be Completed By Customer
(Please Print)
All Entries Must Be in Ballpoint or Typed

Extra Services & Fees

☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Total Postage & Fees
$

Received By

OFFICIAL USE

John Michael

FROM

TO

Department of the Treasury
Internal Revenue Service
Frivolous Return Program - Stop 4450
Ogden, Utah. 84201 - 0059

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com™

John Michael



U.S. POSTAGE PAID
GOLDTHWAITE, TX
76844
AMOUNT
$20.90
R2305K13740-10

John Michael VOUDOURIS
80 County Road 508
Goldthwaite, Texas. 76844



RE 611 163 425 US

RETURN RECEIPT
REQUESTED

US District Clerk - Northern
1100 Commerce St
Dallas, Texas. 75242



RECEIVED-3
NOV 28 2022
MAIL ROOM